# United States Court of Appeals
## For the First Circuit

No. 05-1096

UNITED STATES OF AMERICA,

Appellant,

v.

OMAR SHARIF McKOY,

Defendant, Appellee.

ERRATA

The opinion of this Court issued on November 1, 2005, is amended as follows:

On page 2, line 12, replace "license place" with "license plate"